AO 245S  Modified  (Rev. 02/14) Judgment in a Revocation Case

# UNITED STATES DISTRICT COURT

<u>Southern</u>   District  of   <u>Indiana</u>

| UNITED STATES OF AMERICA | ***JUDGMENT IN A VIOLATION HEARING*** |
|---|---|
| V. | *Modification of Supervision Only* |
| | *(For Offenses Committed On or After November 1, 1987)* |
| EMILY JO DAUGHERTY | |

Case Number:      3:13CR00031-001

Defendant's Attorney:  David Lamont

## DISPOSITION OF PROBATION / SUPERVISED RELEASE VIOLATION HEARING

**THE DEFENDANT:**

[X]   was adjudged guilty of Violation  Number(s)                     1 and 2

     and special condition(s)

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| **Violation Number** | **Nature of Violation** | **Date(s)** |
|---|---|---|
| 1 | Unlawful Drug Use | 9/24/15, 10/13/15, 10/25/15, 11/17/15, 11/19/15, 12/2/15, 12/21/15 |

     The defendant's probation/supervised release is modified as provided in pages 1 through 2 of this Judgment, pursuant to the Sentencing Reform Act of 1984 and Title 18 U.S.C.§ 3563(c) or 3583(e).

[ ] The defendant has been found not guilty of violation of condition(s)
          and special condition(s)

[ ] Charge(s)                          is/are dismissed on the motion of the United States.

     IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Last Four Digits of Defendant's Soc. Sec. No.:  5910          4/13/2016

                                              Date of Imposition of Judgment

Defendant's Year of Birth:    1985

City and State of Defendant's Residence:

 Evansville, IN  47714

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

4/25/2016

Date

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By  *Nina M. Doyle*
Deputy Clerk

✎ AO 245S  Modified   (Rev. 02/14) Judgment in a Revocation Case

DEFENDANT:      EMILY JO DAUGHERTY
CASE NUMBER:      3:13CR00031-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date(s) |
|---|---|---|
| 2 | Failure to Comply with Drug Testing/Treatment Program | 10/22/15, 12/15/15, 01/08/16, 01/12/16 |

The Court finds, after a hearing upon notification by the probation officer, the offender is in violation of the conditions of release as set forth in this Judgment order and modifies the terms/conditions as follows:

*The offender's supervised release is to be extended for 90 days and will expire on August 2, 2016.*